OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 There is no basis, on this record, for concluding that petitioner’s probationary appointment was terminated for patient abuse, rather than for the stated reason of unsatisfactory performance. Accordingly, petitioner is not entitled to a name-clearing hearing, inasmuch as the reason for dismissal was not of a stigmatizing nature
 
 (Matter of Petix v Connelie,
 
 47 NY2d 457). Whether respondent had a good-faith basis for terminating petitioner is an issue beyond our powers of review, given the findings below
 
 (Matter of Lentlie v Egan,
 
 61 NY2d 874).
 

 Chief Judge Cooke and Judges Jasen, Jones, Wacht-ler, Meyer, Simons and Kaye concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, with costs, in a memorandum.